[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED** E.C

7/19/2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Seneca Johnson

_____

Plaintiff(s),

v.

Rowell chemical

_____

Defendant(s).

Case Number: ~~440-2022-03387~~

**1:23-CV-04693**

**JUDGE ROWLAND**
**MAGISTRATE JUDGE WEISMAN**

**RANDOM**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Seneca Johnson of the county of Kendal in the state of Illinois.

3. The defendant is Rowell Chemical, whose street address is 15 Salt Creek Ln Ste 205,
(city) Hinsdale (county) Cook (state) Illinois (ZIP) 60521
(Defendant's telephone number) (708) - 839-1707

4. The plaintiff sought employment or was employed by the defendant at (street address)
10100 Archer Ave (city) Willow Spring
(county) Cook (state) Illinois (ZIP code) 60480

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) June , (day) 1st , (year) 2021 .

7.1 (*Choose paragraph 7.1 or 7.2, do not complete both*.)

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

      (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) February (day) 4 (year) 2022 .

      (ii) ☒ the Illinois Department of Human Rights, on or about (month) February (day) 4 (year) 2022 .

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐  Yes (month)_____ (day)_____ (year) _____

    ☐  No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

    (day) _____ (year) _____.

(c)    Attached is a copy of the

    (i)  Complaint of Employment Discrimination,

        ☐  Yes    ☐  No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

        ☐  Yes    ☐  N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐    the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue.*

    (b) ☒  the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue,* which was received by the plaintiff on

        (month) April_____ (day) 17_ (year) 2023___ a copy of which

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

    (a)  ☐  Age (Age Discrimination Employment Act).

    (b)  ☒  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

I have files of text messages and emails that are too large to download.

14.     **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [**check only those that apply**]

(a)     ☐  Direct the defendant to hire the plaintiff.

(b)     ☐  Direct the defendant to re-employ the plaintiff.

(c)     ☐  Direct the defendant to promote the plaintiff.

(d)     ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)     ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)     ☐  Direct the defendant to (specify): _____

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

Seneca Johnson
(Plaintiff's signature)

Seneca Johnson
(Plaintiff's name)

3434 Helene Rieder Dr
(Plaintiff's street address)

(City) Montgomery (State) Illinois (ZIP) 60538

(Plaintiff's telephone number) (630) – 270.5409

Date: 7.13.23

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Greenville Local Office**
301 N. Main Street, Suite 1402
Greenville, SC 29601
(864) 565-0340
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/17/2023

**To:** Mr. Seneca Johnson
3434 Helene Rieder Drive
Montgomery, IL 60538

Charge No: 440-2022-05387

EEOC Representative and email:     TERRENCE OBRIEN
Investigator
terrence.obrien@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2022-05387.

On Behalf of the Commission:

Terrence J.
O;'Brien
Digitally signed by Terrence J. O;'Brien
Date: 2023.04.17 14:26:41 -04'00'

April 17, 2023

Patricia B. Fuller
Director, Greenville Local Office

Please retain this notice for your records.

Rowell 9.9.22

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 440-2022-05387 |
| | | and EEOC |

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Seneca Johnson | 630-270-5409 | |

| Street Address |
|---|
| 3434 Helene Rieder Dr |
| MONTGOMERY, IL 60538 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Rowell Chemical | 101 - 200 Employees | |

| Street Address |
|---|
| 15 SALT CREEK LN STE 205 |
| HINSDALE, IL 60521 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Disability, Race, Retaliation | 06/01/2020 | 02/02/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent on or about June 1, 2020. My most recent position was Tanker Driver. Respondent is aware of my disability. I requested a reasonable accommodation which was not provided. I was subjected to different terms and conditions of employment, including, but not limited to, being disciplined for taking days off, while other, non-Black employees were not disciplined. I complained to Respondent, and subsequently, I was discharged. I believe that I have been discriminated against because of my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mr. Seneca Johnson** 09/09/2022 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* | |

I Seneca Johnson reside at 3434 Helene Rieder Drive, Montgomery, IL. 60538-6024. My telephone is (630) 270-5409. I was employed by Rowell Chemical Corporation. The company is located 10100 Archer Avenue, Willowspring, IL, 60480-1201. The company's telephone number is (630) 920-8833,

The company manufactures products, such as bleach, caustics, and hydraulic acid. The company have customers, such as Nuclear and Energy plants.

I began employment on June 1, 2021, as a local truck driver to deliver products to customers. I drove trucks over interstate commerce, with a gross vehicles weight rate of more than 10,0001 lbs. I worked 8 hours per day, with some over-time. I earned $27.00 per hour for 8 hours a day. I earned over-time wages of $40.50 per hour. My immediate Supervisor Patrick Connee. Jessica is Patrick's boss.

The events that led to my termination occurred on February 1, 2022, when the weather in the Chicago land area started to rain, then a snow storm. Afterwards, there was around 10-14 inches of snow.

On February 1, 2022, Supervisor Patrick gave me a dispatch to deliver at a nuclear plant. I had John load the load. Patrick called me back and he told me that the customer had canceled the load due to the snowstorm this is going to happen tomorrow February 2nd and 3rd. Patrick wanted me to load another trailer to go to Glencoe, Il, which was up north. I had the trailer loaded by John and I talked to the Bleach Plant Manager, John asked me what was I doing back. I told him that a customer had canceled due to the coming snowstorm. He told me that was smart because from what I seeing on the weather report no one should be driving anything in that snowstorm specially a truck full of Chemicals and if Rowell was smart, they should tell us not to come in but they are not I am sure they will try to make us come in they don't care about us.

As I was sitting in the truck. I called the customer, Foreman Gene at the Lake Michigan pump station in Glencoe Il. I introduced myself. I told him that I was going to deliver some bleach tomorrow. Feb 2nd 2022. He told me no I wasn't because told me that he canceled the order. He told me that he called Patrick and told him that he didn't want it deliver because it was unsafe to drive a truck full of chemicals in a snowstorm, plus we are not hurting for the bleach we have enough until Thursday or Friday. I told him that I was going to try to deliver the load tomorrow Fed 2nd if that weather was not that bad and the roads was plowed to make it safe to drive the truck. I asked him if that was fair. He said, "Yes."

On February 2, 2002. I left around home around 1:50 a.m. I drove my personal car to work. I didn't get to work until 3:15p.m. It only takes me around 50 minutes to get to work. The roads were that bad in my personal car. I did not clock in. I got to the scale house, and I told Scale Clerk Bryon that I am not going to deliver the load the because the roads were just too bad and dangerous. I told him that the roads had not been plowed.

I asked him to be a witness to me calling the customer at the Lake Michigan pump station to let them know that I will not be delivering the load today. Bryon told me that a driver from Millport called and said he was not going to drive his truck in this storm. I call the pump station and I did not talk to Foreman Gene. I talked to someone else. Byron wrote down the name of the person I talked too. I let them know that I was not going to be able to make it. I then told Scale Clerk Byron that I was going to call HR to let them know that I was not going to deliver the load because the roads were too bad and unsafe to drive. I text Supervisor Patrick to let him know what I did. I also told him that I notified the Human Resource Office. I went home.

Page **1** of 3

I left a message for HR Angela Anderson. I also emailed HR Feb 2nd. I did this because Patrick has been taken off work. I also emailed HR Patrick's days off work. I did this because I received written reprimands for reporting off work on January 10, 2022, because my car had mechanical problems and on January 12, 2022, the police officer showed up at my house because my daughter had been physically attacked. I texted Patrick, Jessica and Dino as well as talked to all three of them on those days. They said sorry to hear that about your daughter and fix your car let us know when you are coming back to work or not. On January 14, 2022, Supervisor Patrick call me to tell me that I got a written reprimand for taking off Jan 10th and 12th.

I wanted someone to know what was going on. In my email to HR Jan 20th, I mentioned that I was being treated different, unfair treatment because Patrick has called off and he was not reprimanded and for being bullied by back in November Dino told me I had to drive someone else's truck while the assigned truck that I drove was in the shop. I told Dino I will not drive someone else's truck during this pandemic I can catch covid truckers are nasty people and I will not touch anything that someone else has been around or in. Dino stated the CDC said people cannot contract covid from surfaces, I corrected Dino by texting him the information from the CDC website. I also called Rowell hr., in Florida and I spoke to Mike Thrasher and he told me he does not want me to drive someone else's truck because of covid and yes people are nasty and you don't know if they are vaccinated or not you can use your PTO and if you do not have enough, we can work something out stay home until your assigned truck is ready for you. I will talk to Dino and Jessica.

Dino was upset with me. I do know that employees were not vaccinated because the company had a hazmat meeting. September 11th 2021 The person who conducted the meeting asked if anyone was vaccinated. He and I were the only ones who raised the hands showing that we were vaccinated.

On February 2, 2022, at 10:30a.m., Patrick text me, and asked me if I was going to call off tomorrow. I told him that I would try to make it in tomorrow. He told me to ok do what was safe and that he would work around me. Other drivers were also calling off work. There are only seven drivers. To my knowledge, four drivers had called off work.

Afterwards, around 2:30 p.m., Plant Manager Dino sent an email to me and to HR stating that Seneca [I] was disruptive and his comments are baloney about Patrick his father-in-law passed away a few weeks ago that is why Patrick has taken off those days. Dino stated he didn't want me back at work as of today and that he wanted me gone.

**On February 2, 2022, I sent an email back to HR Anderson. I told her that this is what I'm talking about; the disrespect and the bullying, can you please call me. She and Dino telephoned me back. Dino told me that as of today, that I was officially terminated because I refused to report to work February 2, 2022, and February 3, 2022. HR Anderson told me Seneca, if you were scheduled to work today, that I was supposed to drive the truck and it was not my decision to make the call if it was unsafe to drive. It was the company's decision to make the call, not my decision. I asked Dino and Angela what about the 4 four white drivers that called are they going to be fired for calling off during this snowstorm? Angela said Seneca that is not your concern.**

**I told them that there was a snowstorm and I refused to drive a truck full of chemicals in a snowstorm because if I would have taken the truck out and killed himself or killed someone else, then it would have been my fault, am I correct. HR Anderson immediately said I was absolutely correct, and they would have blame me and that she was for the company not for the employees. They told me that I was terminated.**

Page **2** of 3

I know for a fact that other drivers called off work on Feb 2nd because the Gene called me on Feb 3rd asking me if I was going to deliver his load that day. I replied I do not work for Rowell anymore. Both loads that Patrick assigned to me on Feb 1st 2022 was canceled by Rowell's customers due to the snowstorm that was going to happen on Feb 2nd and 3rd. I really did not have any loads to deliver but I wanted to try if the roads were clean and safe to drive but the roads were too dangerous to drive in your own car and especially way to dangerous to drive a tanker truck full of chemicals. Feb 3rd Tony was in an accident driving his truck full of chemicals in the snowstorm. There was also a hundred car pileup due to the snowstorm.

Seneca Johnson
July 13th 2023

I was an employee for Rowell chemical a tanker driver from June 1st 2021 to February 2nd of 2022. I was discriminated because my race and disability. I asked Jessica Rowell's Office manager about automatic truck's, Jessica replied saying yes, the company has a few. I was hired by Jessica a few days after. Arriving at Rowell in willow springs, IL I began training with Lester on June 3rd and Lester drove an automatic truck. Lester does have medical issues. I explained to Lester I needed an automatic truck as well and Lester replied "I am driving the only automatic truck the company has." the rest are sticks. The company is not going to buy or lease any new truck especially automatic they suck." I replied I needed an automatic because of my lower back injury and Jessica knows this.

Lester replied good luck with her.' After training with Lester for a week in the automatic truck and stick Lester noticed I was in a lot of pain when driving the stick. I Texted Jessica June 8th 2021 and texted Stig at blue sky about the driving position. I was lied to by Jessica telling me the company has some automatic truck when blue sky has all automatic truck's, I was denied reasonable accommodation by Dino when I complained to Jessica about my legs tingling and to be transferred over to blue sky when all the documents and Stig wanting to hire me. Dino put a stop to that telling Stig the transferred would ruin their partnership

June 14th 2021. I started training with Dan driving a stick and Dan also noticed I was in pain from driving the stick. Today July 11, 2023 Lester is no longer driving for Rowell he is a dispatcher for Rowell. Rowell has bought automatic truck after I was fired.

All my days that I have taken off was accounted for by Jessica, Patrick, and Dino. June 2021, I informed Jessica by text message my vacation was planned before I was hired. August 2021 Jessica, Patrick, and Dino used those days against me. The week after I returned from my planned vacation my family was sick and I had a doctors note. Jessica, Patrick, and Dino used those days against me.

Around of about October 2021 When the assigned manual truck was in the shop to be fixed Rowell's safety supervisor Mike Theacher was fully aware that I did not have PTO and I refused to drive another coworker's truck during a pandemic. I have seen coworker's come out of the bathroom without washing their hands. Rowell's Hr. Angela posted a letter stating covid is running through the plant. Yes, this took place during covid. Jessica, Patrick, and Dino used those days against me.

If I was this terrible employee that Jessica, Patrick, and Dino tried to make me out to be in October 2021 why did Rowell give me a dollar raise in November 2021 and a $1000 Christmas bonus and Patrick told me not to tell anyone because not everyone was going to get a raise or the bonus.

Against I do have all of my documents but the files are too large to download.

Seneca Johnson
Seneca Johnson
July 18th 2023